UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
   SHAREEM TIANA NEWMAN,

                               **Plaintiff,**

     -against-

   MUNICIPAL CREDIT UNION,              ORDER OF SERVICE

                             **Defendant.**       25-CV-3246 (ALC)

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      To allow Plaintiff, who is proceeding *in forma pauperis*, to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to send Plaintiff one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. Within thirty days of the date of this order, Plaintiff must complete a USM-285 form for Defendant and return that form to the Court.

      If Plaintiff does not wish to use the Marshals Service to effect service, she must notify the Court in writing within thirty days of the date of this order and request that a summons be issued directly to her. If within thirty days, Plaintiff has not returned the USM-285 form or requested a summons, under Rule 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute.

      Upon receipt of the completed USM-285 form, the Clerk of Court shall deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendant.

No matter what method of service Plaintiff chooses, she must effect service within 120 days of the date the summons is issued. It is Plaintiff's responsibility to inquire of the Marshals Service as to whether service has been made and if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). If within 120 days of issuance of the summons, Plaintiff has not made service or requested an extension of time in which to do so, under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute. Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**SO ORDERED.**

**Dated:** May 19, 2025

     New York, New York

          **ANDREW L. CARTER, JR.**
          **United States District Judge**